UNITED STATES DISTRICT COURT
CENTRAL DIVISION FOR CALIFORNIA

Susan Woodard,                           Case No: 2:23-cv-00965-FWS-RAO
    Plaintiff,
V.
Cedars Sinai Hosp.
Envision Healthcare

### Amended Civil Complaint Pursuant to Court Order

Civil Complaint:



1) Plaintiff: Susan Woodard
1497 Flintwood Drive
Rock Hill, SC 29732
803-370-2092

2) Court: UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET ROOM 180
LOS ANGELES, CALIFORNIA 90012

3) Defendant: Cedar Sinai Hospital
8700 Beverly Blvd. Suite 2901
Los Angeles CA 9004

Defendant: Envision Healthcare
1A Burton Hills Boulevard Nashville, TN 37215

4) Jurisdiction : This case is an unlimited case and exceeds $25,000.00.

5) Cause of Action:

1 ) Defendant: Cedar Sinai Hosp : Plaintiff Susan Woodard, is the caretaker of the estate of the late Kamal Woodard (Son). This cause of action against Cedar Sinai Hospital, is based upon facts supported by the four corners of the record, that Cedars Sinai Hosp failed in it's legal duty to provide adequate emergency room healthcare service providers, who failed to diagnose treat and prescribe the most marginally adequate healthcare service to the late Kamal Woodard who did report to the Cedars Sinai Hosp emergency room staff that he had been raped. Emergency room staff subsequently failed to conduct even the most cursory rape examination and or procedures to diagnose and or treat Woodard's condition, with said failure ultimately leading to the premature death of the same. Cedars Sinai Hosp. did have an legal obligation to provide qualified healthcare providers in its emergency room who were qualified under California law to practice medicine.

2) Defendant : Envision Healthcare is the emergency room healthcare provider at the time this incident gave rise. Envision had a legal obligation to provide properly trained medical staff who had adequate training and knowledge in how to diagnose and or treat rape victims. Envision Healthcare providers according to the four corners of the record, had full and complete knowledge of the undisputeable fact that Woodard alleged that he had been raped by an known assailent and did then fail in the legal obligation to diagnose treat and provide the most basic and cursory medical care afforded to rape victims regardless of sex and or race.

6) This pleading includes attachments and consist of the following number of pages: 3

7) Each plaintiff named above is a competent adult.

The defendant is other: Hospital Healthcare Provider

8) The Plaintiff seeks a jury trial

9) The Plaintiff seeks the maximum allowed under California and any and all punitive and or other damages awarded under California law.

10) This complaint is made in a timely manner and in good faith

Susan Woodard
1497 Flintwood Drive
Rock Hill, SC 29732
Date 10-09-2023

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| COUNTY OF: YORK ) | |
| ) | **CERTIFICATE OF APPOINTMENT** |
| IN THE MATTER OF: ) | |
| KAMAL ILM WOODARD ) | CASE NUMBER: 2021ES4601156 |
| (Decedent) ) | |

This is to certify that

SUSAN BERNADETTE WOODARD

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the 18th day of October, 2021, is in full force and effect.

**RESTRICTIONS:**

Executed this 18th day of October, 2021.

*Carolyn E. Woodruff*

Carolyn E. Woodruff, Probate Court Judge

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103

## CERTIFICATE OF SERVICE

Susan Woodard in Pro Se, certify that a true copy of the foregoing documents has been sent to the interested parties below.

Defendant: Cedar Sinai Hospital

8700 Beverly Blvd. Suite 2901

Los Angeles CA 9004

*Lewis Brisbois Bisgaard & Smith LLP*
*633 West 5th Street Suite 4000*
*Los Angeles California 90071*

Defendant: Envision Healthcare

1A Burton Hills Boulevard Nashville, TN 37215

*[signature] Susan Woodard 10-09-2023*

Susan Woodard, Pro Se

1497 FlintWood Drive

Rock Hill SC 29732



Susan McTyiere
[illegible] Plantation Drive
Rock Hill SC 29732

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 11 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, California 90012




